MORRIS, administrator, *v*. CUZZORT; *et vice versa.*

PER CURIAM. 1. The first count of the petition set up a cause of action for a money judgment, and for that reason the court did not err in overruling the general demurrer.

2. The court did not err in sustaining the general demurrer to the second count of the petition.

*Judgment affirmed on the main and cross bills of exceptions. All the Justices concur, except*

RUSSELL, C. J., who dissents from the ruling in the first headnote and the judgment of affirmance on the main bill of exceptions.

Nos. 7489, 7511. JULY 31, 1930.

*M. B. Eubanks* and *Carden Bunn,* for plaintiff in error.
*James F. Kelly* and *Thomas M. Lockhart,* contra.